| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Curry, Chapter 13 Trustee<br>Masako Okuda (SBN 247925)<br>700 S. Flower Street, Suite 1215<br>Los Angeles, California 90017<br>Tel: (213) 689-3014<br>Fax: (213) 689-3055<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Nancy Curry, Chapter 13 Trustee | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION | |
|---|---|
| In re:<br><br>JOYCE DIANE STORY,<br><br><br><br><br>Debtor(s) | CASE NO.: **2:14-bk-13903-WB**<br>CHAPTER: **13**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br><br>**MOTION TO DISALLOW PROOF OF CLAIM NO. 4 FILED BY PACIFIC GAS AND ELECTRIC COMPANY** |

PLEASE TAKE NOTE that the order titled <u>Order on Objection to Claims</u> was lodged on (*date*) <u>6/18/2014</u> and is attached.  This order relates to the motion which is docket number <u>14</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                         Page 1                                         **F 9021-1.2.BK.NOTICE.LODGMENT**

# ATTACHMENT

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Nancy Curry, Chapter 13 Trustee<br>700 S. Flower Street, Suite 1215<br>Los Angeles, CA 90017<br>TEL: (213) 689-3014<br>FAX: (213) 689-3055<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Nancy Curry, Chapter 13 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA –*LOS ANGELES* DIVISION**

| In re:<br><br>JOYCE DIANE STORY,<br><br>                                      Debtor(s). | CASE NO.: **2:14-bk-13903-WB**<br>CHAPTER: Chapter 13 |
|---|---|
| | **ORDER ON OBJECTIONS TO CLAIMS** |
| | DATE: June 11, 2014<br>TIME: 1:30 P.M.<br>COURTROOM: 1375<br>PLACE: 255 E. Temple Street, Los Angeles, CA 90012 |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

*(**NOTES FOR USE OF THIS FORM**: List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

---

Calendar Number: 20          Claim Number: 4          Claim Amount: $695.59

Claimant Name: Pacific Gas and Electric Company

☐ Disallowed     ☒ Allowed     ☐ Unsecured: $          ☐ Priority: $

Comments:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                        Page 1                                        **F 3007-1.1.ORDER.OBJ.CLAM**

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

700 SOUTH FLOWER STREET, SUITE 1215, LOS ANGELES, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION TO DISALLOW PROOF OF CLAIM NO. 4 FILED BY PACIFIC GAS AND ELECTRIC COMPANY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/18/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brett F Bodie    brett@bodielawfirm.com, brett.bodie@blc-sd.com;ahren.tiller@blc-sd.com;ccosyleon@blc-sd.com;anika@blc-sd.com;msteiner@blc-sd.com;nicole@blc-sd.com
- Nancy K Curry (TR)    ecfnc@trustee13.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On 6/18/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Joyce Diane Story
1237 E. 1st St., Unit 3
Long Beach, CA 90802

Creditor
PACIFIC GAS AND ELECTRIC COMPANY
PO Box 8329
c/o Bankruptcy Department
Stockton, CA 95208

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/18/2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Julia W. Brand
U.S. Bankruptcy Court
255 E. Temple St, Suite 1382
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/18/2014 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**