```
Wilford E. Briesemeister (SBN: 68707)
Ahren A. Tiller (SBN: 250608)
Brett F. Bodie (SBN: 264452)
Bankruptcy Law Center, APC
16133 Ventura Blvd., Ste 700
Encino, CA 91436
Phone (800) 492-4033
Attorney For Debtor(s)
```



**FILED & ENTERED**

**JUL 08 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT
Central District of California     CHANGES MADE BY COURT
*Los Angeles Division*

| | |
|---|---|
| In Re JOYCE STORY | ) Case No.: 2:14-BK-13903-WB |
| Debtor(s), | ) ORDER ON DEBTOR'S OBJECTION TO CLAIM 5 OF SANTANDER CONSUMER USA, INC |
| _____ | ) HEARING INFORMATION: |
| | ) DATE: 06/25/2014 |
| | ) TIME: 1:30 1PM |
| SANTANDER CONSUMER USA, Inc. | ) LOCATION: 255 E. Temple St. |
| | )          Los Angeles, CA 90012 |
| Secured Creditor | ) CTRM:     1375 |

On May 22nd, 2014, Debtor Joyce Story (hereinafter "Debtor") moved this Court for an order reclassifying Santander Consumer USA, Inc's Claim No. 5 as a secured claim in the amount of $1,523.00, the fair market value of the underlying collateral, a 2006 Dodge Caravan, and the remaining balance to be treated as a general unsecured claim pursuant to 11 U.S.C. §506 and §1325(a).

The Debtor's objection to claim No. 5 is sustained in part. Santander's claim will be allowed as a secured claim only in the amount of $1,523.00, with the remaining portion to be treated as a general unsecured, non-priority claim to be paid pursuant to the terms of the Debtor's confirmed

ORDER ON DEBTOR'S OBJECTION TO CLAIM NO. 5
1

Chapter 13 plan.  The secured portion of the claim shall be paid at **3%** ~~7%~~

interest ~~the default rate under California law~~.

###

Date: July 8, 2014

_____
Julia W. Brand
United States Bankruptcy Judge

ORDER ON DEBTOR'S OBJECTION TO CLAIM NO. 5

2